IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CLIFTON SHAD JONES,** | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. **3:18-CV-1095-L** |
| **MRS BOP LLC,** | § § § | |
| Defendant. | § § | |

## ORDER

Before the court is the parties' Joint Motion to Amend the Mediation Order (Doc. 28), filed April 24, 2019. The court determines that good cause exists to amend the mediation order and **grants** the Joint Motion to Amend the Mediation Order. Accordingly, the deadline for the parties to participate in mediation is extended from May 3, 2019, to **June 3, 2019**. The court will not extend this date, and the parties are to mediate by this date regardless of the pendency of any dispositive motion.

**It is so ordered** this 25th day of April, 2019.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**