IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CLIFTON SHAD JONES,<br><br>    Plaintiff,<br><br>v.<br><br>MRS BPO, LLC,<br><br>    Defendant. | Case No. 3:18-cv-01095-L<br><br>Honorable Sam A. Lindsay |

## STATUS REPORT REGARDING SERVICE

NOW COMES, Nathan C. Volheim, Taxiarchis Hatzidimitriadis, Ahmad T. Sulaiman, Mohammed O. Badwan and Eric D. Coleman, of SULAIMAN LAW GROUP, LTD., and Jason M. Katz of HIERSCHE HAYWARD DRAKELEY & URBACH PC, pursuant to the Order entered by this Honorable Court on May 21, 2019 states as follows:

1. On May 23, 2019, Plaintiff's counsel sent Plaintiff a copy of the order entered by this Court on May 21, 2019 via United States Postal Service's Priority Mail to Plaintiff's last known address. *Exhibit A* contains proof of mailing of these documents.

2. On May 28, 2019, Plaintiff's counsel sent Plaintiff a copy of the Order entered by this Court to Plaintiff's last known email address. *Exhibit B* contains a copy of this email.

3. Plaintiff has remained unresponsive.

Dated: May 30, 2019

Respectfully submitted,

*/s/ Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzisdimitriaidis
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, Illinois 60148
(630) 575-8181
thatz@sulaimanlaw.com

## CERTIFICATE OF SERVICE

    I, Taxarchis Hatzidimitriadis, an attorney, hereby certify that on May 30, 2019, the foregoing **STATUS REPORT REGARDING SERVICE** filed with the Clerk of the Court of the United States District Court for the Northern District of Texas by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Moss & Barnett, PA<br>
Attn: Michael S. Poncin and Bradley Armstrong<br>
Mike.poncin@lawmoss.com<br>
Bradley.Armstrong@lawmoss.com

                                        */s/ Taxiarchis Hatzidimitriadis*
                                        Taxiarchis Hatzisdimitriaidis